### PHILADELPHIA, APPELLANT, *v.* CONGERS.

Argued March 30, 1892. Appeal No. 164, Jan. T., 1892, from judgment of C. P. No. 4, Phila. Co., March T., 1885, No. 31, M. L. D., making absolute a rule to strike off claim for taxes. Before PAXSON, C. J., GREEN, WILLIAMS, MITCHELL and HEYDRICK, JJ.

It appeared from the record that the city filed a lien, on May 27, 1885, for taxes for the years 1880–84. On Nov. 25, 1889, a sci. fa. issued. No affidavit of defence was filed. On Jan. 31, 1891, a rule to strike off the claim was entered, which, on June 6, 1891, the court made absolute. The city thereupon took this appeal.

*Error assigned* was making absolute the rule.

*Chas. B. McMichael*, Assistant City Solicitor, with him *Isaac H. Shields*, Assistant City Solicitor, and *Charles F. Warwick*, City Solicitor, for appellant.

*Augustus J. Rudderow*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, July 13, 1892.

This case depends upon the same principles as City of Philadelphia v. Kates, opinion filed herewith [the preceding case], and must be reversed for the same reasons.

Judgment reversed and the claim and judgment thereon reinstated.